AO 93 (rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin



In the Matter of the Search of:

Records and information associated with the following
Facebook Account "Arletta Allen" (Councilwoman Allen)
[ID #100002387883345] that is stored at premises owned,
maintained, controlled, or operated by Facebook Inc., a
company headquartered in Menlo Park, California.

Case No. 21-M-487 (SCD)

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Eastern District of Wisconsin:

See Attachment A

I find that the affidavit(s) or any recorded testimony, establish probable cause to search and seize the person or property described above and that such search will reveal:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant ON OR BEFORE  November 12, 2021  _(not to exceed 14 days)_
☒ in the daytime between 6:00 a.m. and 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to:   Stephen C. Dries
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C.
§ 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
   ☐ for _____ days (not to exceed 30)   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __11-1-21  11:55 am__       _Stephen C. Dries_ (signature)
                                                                  *Judge's signature*

City and State: Milwaukee, Wisconsin       Stephen C. Dries, U.S. Magistrate Judge
                                                                  *Printed Name and Title*

AO 93 (mod. 5/14) Search and Seizure Warrant

| | | |
|---|---|---|
| Return |
| Case No: 21-M-487 | Date and time warrant executed: 11/01/21 5:39PM | Copy of warrant and inventory left with: NA Electronic |
| Inventory made in the presence of: N/A Electronic submission | | |

Inventory of the property taken and/or name of any person(s) seized:

Facebook data files related to ID #100023878833 45. Inventoried as ATF Item #42.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the undersigned judge.

Date: 11/18/2021

*Executing officer's signature*

Rick Hankins, Special Agent, ATF
*Printed name and title*